UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12332-PBS

Albert Balestra
Plaintiff

v.

Massachusetts State Police, et al
Defendants

ORDER OF DISMISSAL

SARIS, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

December 29, 2005

To: All Counsel